Case Name: Highley, Eugene & Deanna
Case No:   08-70225

# **CERTIFICATION OF REVIEW**

 The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: July 8, 2008      WILLIAM T. NEARY
             United States Trustee, Region 11


         BY: */s/ Carole J. Ryczek*
            CAROLE J. RYCZEK
            Attorney for the U.S. Trustee