IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
HIGHLEY, EUGENE
HIGHLEY, DEANNA

CHAPTER 7 -- Liquidation

CASE NO. 08-70225 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-9614

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:    U.S. BANKRUPTCY COURT
           211 South Court Street, Room 220
           Rockford, IL 61101

    on:    **JULY 30, 2008**
    at:    **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.
   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 34.62 |
| BERNARD J. NATALE, LTD.**** SEE NOTE<br>Trustee's Firm Legal | $ 0.00 | 550.00 | |
| BERNARD J. NATALE**** SEE NOTE<br>Trustee | $ 0.00 | 500.00 | |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 4,301.34 |
| b. Disbursements | $ | 4.54 |
| c. Net Cash Available for Distribution | $ | 4,296.80 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $3,212.18, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $84,529.84, resulting in an approximate distribution of 3.80% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: June 24, 2008                          For the Court,

                                             By:/s/  BERNARD J NATALE

                                                    Trustee


**\*\*\*\* TRUSTEE HAS VOLUNTARILY TAKEN REDUCTION IN FEES TO ALLOW FOR GREATER DISTRIBUTION TO UNSECURED CREDITORS.**

**\*\*\*\* ATTORNEY HAS VOLUNTARILY TAKEN REDUCTION IN FEES TO ALLOW FOR GREATER DISTRIBUTION TO UNSECURED CREDITORS.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman                Page 1 of 2         Date Rcvd: Jul 09, 2008
Case: 08-70225                 Form ID: pdf002               Total Served: 36

The following entities were served by first class mail on Jul 11, 2008.
db          +Eugene Highley,    10735 Rushmore Dr.,    Huntley, IL 60142-6746
jdb         +Deanna Highley,    10735 Rushmore Dr.,    Huntley, IL 60142-6746
aty         +Andrew W. Partridge,    Law Offices of Konstantine Sparagis, PC,    8 S. Michigan Ave.,
              27th Floor,   Chicago, IL 60603-3357
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11908383    +AMEX,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
12173296     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11908384    +Associate Area Counsel, SB/SE,    200 West Adams Street,    Ste. 2300,   Chicago, IL 60606-5231
11908385    +Att&t Universal/Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
11908386    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
12175483    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11908388    +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
11908389    +Countrywide Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
11908390    +Countrywide Home Loans,    PO Box 650225,    Dallas, TX 75265-0225
11908391    +D. Patrick Mullarkey, Tax Division,    PO Box 55,   Ben Franklin Station,
              Washington, DC 20044-0055
11908392    +Direct Merchants Bank,    PO Box 17313,    Baltimore, MD 21297-1313
11908394    +Exxon Mobile,    Credit Card Center,    P.O. Box 688940,    Des Moines, IA 50368-8940
12060172    +GE Money Bank dba Sam's Club,    Recovery Management Systems Corporation,    25 SE 2nd Ave Ste 1120,
              Miami FL 33131-1605
11908395    +GEMB/QVC,    PO Box 971402,    El Paso, TX 79997-1402
11908397    +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
11908398    +HSBC Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
11908399    +HSBC Bose,    90 Christiana Road,    New Castle, DE 19720-3118
11908396    +Harris Bank,    111 W. Monroe,    Chicago, IL 60603-4095
11908401    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    Mail Stop 5010 CHI,
              230 S. Dearborn Street,    Chicago, IL 60604)
11908400    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
11908402    +Kohls/Chase,    N56 W. 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
11908403    +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11908404    +Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
12213040    +Sallie Mae,   C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
11908405    +Sallie Mae,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683
11908410    +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11908417    +Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-0001
11908418    +United States Attorney,    219 S. Dearborn Street,    Chicago, IL 60604-1708
The following entities were served by electronic transmission on Jul 10, 2008.
11908393     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2008 05:16:04     Discover,   P.O. Box 15316,
              Wilmington, DE 19850
12070937     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2008 05:16:04
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
12076449     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11908416    +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2008 10:21:06     Sam's Club,    PO Box 981400,
              El Paso, TX 79998-1400
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11908387*   +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
11908406*   +Sallie Mae,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683
11908407*   +Sallie Mae,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683
11908408*   +Sallie Mae,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683
11908409*   +Sallie Mae,    1002 Arthur Dr.,    Lynn Haven, FL 32444-1683
11908411*   +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11908412*   +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11908413*   +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11908414*   +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11908415*   +Sallie Mae Servicing,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
                                                                                            TOTALS: 0, * 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: cbachman            Page 2 of 2             Date Rcvd: Jul 09, 2008
Case: 08-70225                 Form ID: pdf002           Total Served: 36

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2008**                    **Signature:**    *Joseph Speetjens*