### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HIGHLEY, EUGENE | |
| HIGHLEY, DEANNA | CASE NO. 08-70225 MB |
| | |
| | JUDGE MANUEL BARBOSA |
| Debtor(s) | |

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN
### <u>FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE</u>

TO:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

    All checks have been cashed.  *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE:  <u>**SEPTEMBER 22, 2008**</u>      /S/  BERNARD J NATALE
                                       BERNARD J. NATALE, TRUSTEE

### <u>CERTIFICATION OF REVIEW</u>

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE:  <u>9-25-08</u>      WILLIAM T NEARY
                                   United States Trustee

By: <u>Christine K. Miller</u>
         Christine K Miller, Paralegal Specialist for
         the U S Trustee